# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

SCOTT HEGWOOD
and NASTY HABIT, INC.

          Plaintiffs,

v.

                                            Case No. 08-CV-634

CITY OF EAU CLAIRE, CHIEF
JERRY MATYSIK, DEPUTY CHIEF
BRADLEY VENAAS, RETIRED DEPUTY
CHIEF GARY FOSTER, SGT. CRAIG WEST,
OFFICER GARRETT THOMAS AND ONE OR
MORE JOHN DOES,

          Defendants.

---

**Plaintiffs' Notice of Voluntary Dismissal
Pursuant to Rule 41(a)(1)(A)(i) Fed. R. Civ. Pro.**

---

The Plaintiffs, Scott Hegwood and Nasty Habit, Inc., dismiss this action without prejudice pursuant to Rule 41(a)(1)(A)(i) Fed. R. Civ. Pro.

Dated this Wednesday, January 14, 2009.

Respectfully submitted,

BY:

Scott Hegwood

Approved
Barbara B. Crabb
1/16/09